```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 28522
   LINDA WASHINGTON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9033

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2004 and was confirmed 09/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  96.74% from remaining funds.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
ARROW FINANCIAL              UNSECURED       NOT FILED          .00          .00
AFS ASSIGNER OF JC PENNE     NOTICE ONLY     NOT FILED          .00          .00
ASSOCIATED NATIONAL BANK     UNSECURED       NOT FILED          .00          .00
BANKFIRST CARD CENTER        UNSECURED       NOT FILED          .00          .00
CAPITAL ONE BANK             UNSECURED          668.75          .00       646.94
NCO FINANCIAL                UNSECURED OTH      537.83          .00       520.28
COMMONWEALTH EDISON          NOTICE ONLY     NOT FILED          .00          .00
COMMONWEALTH EDISON & CO     NOTICE ONLY     NOT FILED          .00          .00
HABITAT BOULEVARD LLC        SPECIAL CLASS   NOT FILED          .00          .00
HABITAT BOULEVARD LLC        SPECIAL CLASS   NOT FILED          .00          .00
MCI COMMUNICATIONS           UNSECURED       NOT FILED          .00          .00
MCI COMMUNICATIONS           NOTICE ONLY     NOT FILED          .00          .00
MONTGOMERY WARDS             UNSECURED       NOT FILED          .00          .00
MONTGOMERY WARD              NOTICE ONLY     NOT FILED          .00          .00
NATIONAL BANK OF THE GRE     UNSECURED       NOT FILED          .00          .00
NATIONAL BANK OF THE GR      NOTICE ONLY     NOT FILED          .00          .00
NATIONAL BANK OF THE GRE     NOTICE ONLY     NOT FILED          .00          .00
NATIONAL BANK OF THE GR      NOTICE ONLY     NOT FILED          .00          .00
AT & T BANKRUPCTY            UNSECURED       NOT FILED          .00          .00
SBC/AMERITECH                NOTICE ONLY     NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         1636.94          .00      1583.56
SPIEGEL                      NOTICE ONLY     NOT FILED          .00          .00
LEGAL ASSISTANCE FOUNDAT     DEBTOR ATTY          .00                        .00
TOM VAUGHN                   TRUSTEE                                      156.22
DEBTOR REFUND                REFUND                                        79.17

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,986.17
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 28522 LINDA WASHINGTON

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                        2,750.78
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                               156.22
DEBTOR REFUND                                                       79.17
                                      ---------------      ---------------
TOTALS                                       2,986.17             2,986.17
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 12/27/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```